UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

*Eastern District of Kentucky*
*FILED*
*FEB 2 2 2024*
*AT LONDON*
*Robert R. Carr*
*CLERK U.S. DISTRICT COURT*

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 7:24-CR-03-DCR

SASHA J. ADKINS,
  aka SASHA SWORD

* * * * *

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about June 16, 2023, in Pike County, in the Eastern District of Kentucky,

SASHA J. ADKINS,
aka SASHA SWORD,

did knowingly and intentionally possess with intent to distribute controlled substances, including a mixture or substance containing a detectable amount of fentanyl and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about June 16, 2023, in Pike County, in the Eastern District of Kentucky,

SASHA J. ADKINS,
aka SASHA SWORD,

knowing she had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed firearms, that is (1) a Glock, Model 43X, 9mm, semi-automatic handgun, with serial number BTFL488; (2) a Taurus, .40 caliber, semi-automatic handgun, with serial number SGY24514; (3) a Glock, Model 21 Gen., .45 caliber, semi-automatic handgun, with serial number AFUX916; (4) a Smith and Wesson, Model SD9 VE, semi-automatic handgun, with serial number FBZ6514; (5) a Amadeo Rossi & CIA, .32 LONG, revolver, with serial number 56589; (6) a Hi-Point Firearms, Luger, 9mm, semi-automatic handgun, with serial number 10160462; (7) a SCCY, Model CPX-2, 9mm, semi-automatic handgun, with serial number C240557; (8) a Glock, Model 43, 9x19, semi-automatic handgun, with serial number AFNG438; (9) a Smith and Wesson, M&P 9 Shield, semi-automatic handgun, with serial number JFX3592; (10) an A. ROSSI S.A., Braztech, L.C., 12-gauge, 3" MOD, single-shot shotgun, with serial number not legible; (11) a Mossberg, Model 500A, 12-gauge, pump-action shotgun, with serial number P440973; (12) a Luigi Franchi, Model LAW 12, SPA Brescia, semi-automatic shotgun, with serial number S83863, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Count 1 of the Indictment, **SASHA J. ADKINS** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained

directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **SASHA J. ADKINS** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offense alleged in Count 2 of the Indictment, **SASHA J. ADKINS** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. § 922. Any and all interest that **SASHA J. ADKINS** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following items seized from **SASHA J. ADKINS** on or about June 16, 2023:

**CURRENCY:**

$4,975 in United States currency.

**FIREARMS AND AMMUNITION:**

a. Glock, Model 43X, 9mm, semi-automatic handgun, with serial number BTFL488;
b. Taurus, .40 caliber, semi-automatic handgun, with serial number SGY24514;
c. Glock, Model 21 Gen., .45 caliber, semi-automatic handgun, with serial number AFUX916;
d. Smith and Wesson, Model SD9 VE, semi-automatic handgun, with serial number FBZ6514;
e. Amadeo Rossi & CIA, .32 LONG, revolver, with serial number 56589;
f. Hi-Point Firearms, Luger, 9mm, semi-automatic handgun, with serial number 10160462;
g. SCCY, Model CPX-2, 9mm, semi-automatic handgun, with serial number C240557;

    h. Glock, Model 43, 9x19, semi-automatic handgun, with serial number AFNG438;

    i. Smith and Wesson, M&P 9 Shield, semi-automatic handgun, with serial number JFX3592;

    j. A. ROSSI S.A., Braztech, L.C., 12-gauge, 3" MOD, single-shot shotgun, with serial number not legible;

    k. Mossberg, Model 500A, 12-gauge, pump-action shotgun, with serial number P440973;

    l. Luigi Franchi, Model LAW 12, SPA Brescia, semi-automatic shotgun, with serial number S83863; and

    m. All associated ammunition and accessories.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

[signature redacted]

FOREPERSON

[signature]
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

# PENALTIES

## COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If responsible for 50 grams or more of a mixture or substance containing methamphetamine:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **If Prior Serious Drug Felony or Serious Violent Felony Conviction:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

## COUNT 3:

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.